FILED
2017 JUN 20 PM 2:27
CLERK
U.S. DISTRICT COURT

AARON M. KINIKINI (Bar No. 10225)
NICHOLAS H.K. JACKSON (Bar No. 15079)
DISABILITY LAW CENTER
205 North 400 West
Salt Lake City, Utah 84103
Phone: (801) 363-1347
Fax: (801) 363-1437

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| J.H.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SIX FEET BELOW LLC,<br><br>　　　　Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:16-CV-00031<br><br>Judge Bruce S. Jenkins |

Based on the *Stipulation and Motion for Order of Dismissal with Prejudice* submitted by counsel, and good cause appearing, IT IS HEREBY ORDERED that the Complaint and all claims contained therein of Plaintiff J.H., against Defendant SIX FEET BELOW LLC, whether alleged or not alleged, are hereby dismissed with prejudice and on the merits. Plaintiff and Defendant are to bear their own respective costs and fees.

This Order is entered this 26th day of June, 2017.

1:16-cv-00031

BY THE COURT:

_____
Honorable Bruce S. Jenkins
*United States District Court Judge*

APPROVED AS TO FORM & CONTENT:

/s/ Nicholas Jackson
Nicholas H.K. Jackson
Disability Law Center
*Attorney for Plaintiff*

/s/ Theron Morrison
Theron D. Morrison
Morrison & Murff PLLP
*Attorney for Defendant*